UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 20 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Matthew D. Pinnavaia            )
1701 Bush Street 6-P            )
Oceanside  CA  92054 7137       )
(Tel. 760 966 1335)             )
                                )
     Plaintiff                  )    CIVIL ACTION NO.
                                )
                                )    CASE NUMBER  1:05CV01208
     v.                         )
                                )    JUDGE: Paul L. Friedman
                                )
Central Intelligence Agency     )    DECK TYPE: FOIA/Privacy Act
Washington DC  20505            )
                                )    DATE STAMP: 06/20/2005
                                )
     Defendant                  )
                                )


COMPLAINT FOR DECLARATORY RELIEF

    1. This case challenges the official U.S. government position

of the Central Intelligence Agency (CIA) as pertains to both the

Freedom Of Information Act (FOIA) 5 U.S.C., as amended, and the

Privacy Act Of 1974 (PA), and also, as pertains to the original

Federal Bureau Of Investigation (FBI) case #01 mg 1902 as does

regard Plaintiff.

    2. Plaintiff does hereby challenge the CIA position of the

"Denial of Appeal", as stated, by the CIA Agency Release Panel,

as a final determination, and as stated, in the CIA letter of

May 12, 2005 to Plaintiff. (Exhibit 1-A)

    3. The CIA Agency Release Panel is denying Plaintiff access

to portions of CIA document-records on the basis of FOIA

RECEIVED
JUN 10 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[1]

exemptions (b)(1) and (b)(3), and also on the basis of PA exemptions (j)(1) (k)(1).

4. Plaintiff, does believe, access to these CIA "Portions of these documents" are very relevant to Plaintiff's pending $100 million legal-action against the FBI - U.S. District Court, Southern District of California, Case #04cv0083(BEN), because Plaintiff does allege, and does contend, that the CIA was in communication with the FBI-HQS, whereby the FBI-HQS did request a CIA investigation of Plaintiff as pertains to the original FBI investigation of Plaintiff.

5. Plaintiff, does challenge, the basis of the CIA position, of denial, of portions of the three CIA documents (Exhibit 1-B) as pertains to the FOIA and the PA, because Plaintiff does contend that the security of the U.S. government - national defense or U.S. foreign policy - would not be in jeopardy.

## JURISDICTION

6. This Court has jurisdiction over this action pursuant to 5 U.S.C. §552(a)(4)(B), and also, pursuant to the Privacy Act.

## PARTIES

7. Plaintiff Pinnavaia is a 47 year-old American-Born-Citizen, who has a profound love, and a profound respect, for his country, the United States of America, and also, for the American-citizenry.

8. Defendant CIA is a U.S. government agency, and has possession or control of the document-records Plaintiff seeks

in this action.

### STATUTORY FRAMEWORK AND FACTS
### GIVING RISE TO CAUSE OF ACTION
### THE FREEDOM OF INFORMATION ACT
### THE PRIVACY ACT

9. The Freedom Of Information Act ("FOIA"), 5 U.S.C. §552, as amended, requires agencies of the federal government to release, upon request, information to the public, unless one of nine specific statutory exemptions applies. The Privacy Act of 1974, requires agencies of the federal government to release, upon request, information to individual U.S. citizens, unless one of six specific statutory exemptions applies.

### FACTUAL BACKGROUND

10. On June 5, 2002, Plaintiff submitted an FOIA/PA-Request to the CIA in Washington, DC.

The Request asked for:

a) Any, and or, all CIA document-records pertaining to Plaintiff, and also, CIA document-records as pertains to Plaintiff and the following names - DeBeers Consolidated Mines Ltd., Yorklyn, DE, USA; The Worldwide Humankind Relations Council, Oceanside, CA., USA; and the Committee Of American & Jewish Remembrance, Yorklyn, DE, USA, and of Oceanside, CA., USA.

b) Any, and or, all CIA document-records which pertain to Plaintiff, in relation to any contact, or correspondence, between the CIA and the FBI, regarding FBI case 01 mg 1902.

11. The CIA, did reply, to Plaintiff's FOIA/PA-Request of June 5, 2002, on June 12, 2002, and did accept Plaintiff's

[3]

FOIA/PA-Request.

12. On April 16, 2004, the CIA replied to Plaintiff with a partial-response of CIA document-records which contained an essay on American Foreign Policy (AFP) which was published in the "Tehran Times" of the nation of Iran. CIA then stated that since "there is material that requires coordination with another government agency, we cannot finalize your request."

13. On November 3, 2004, CIA sent a final-response to Plaintiff wherein the CIA released 3-pages specifically - as alleged by Plaintiff - pertaining to CIA contact with another U.S. government agency.

14. On Nov. 9, 2004, Plaintiff sent a letter to the CIA, which was an "Appeal" to the CIA Agency Release Panel, as did pertain to the CIA final-response of Nov. 3, 04.

15. On Nov. 10, 2004, CIA accepted Plaintiff's Appeal of Nov. 9, 2004.

16. On May 12, 2005, the CIA Agency Release Panel, denied Plaintiff's Appeal for access to the "Portions of the three CIA documents", as provided by Plaintiff.

PLAINTIFF'S CLAIM FOR RELIEF
AND CONCLUSION

17. Plaintiff, does state, does contend, and does allege, that the CIA - after careful analysis by Plaintiff of these 3 CIA documents as released to Plaintiff - did have a contact with the FBI-HQS, Washington, DC (or with another U.S. government agency) whereby the Office of the FBI-Director did request of the CIA, "Action Required: Request Traces On Matthew D. Pinnavaia Per Below." (Exhibit 1-B) Plaintiff does contend to the Court,

[4]

that if, the redacted CIA 3-pages which were released to Plaintiff, were released in a more complete form to Plaintiff, these "CIA Classified Portions", would not jeopardize the security of the U.S. government as relates to both U.S. National Defense, and or, U.S. Foreign Policy.

WHEREFORE, Plaintiff does pray that this Court:

a) Declare that the Defendant provide "Complete, and or, Whole" CIA document-records, as relates to Plaintiff, and as specifically pertains to the CIA redacted "Portions of the three documents" which were released to Plaintiff.

Respectfully Submitted,

Date: 6-8-05

*Matthew D. Pinnavaia*
Matthew D. Pinnavaia
1701 Bush Street 6-P
Oceanside   CA   92054 7137

Note: Tel. is 760-966-1335.

EXHIBIT 1-A.

Central Intelligence Agency



Washington, D.C. 20505

MAY 1 2 2005

Mr. Matthew D. Pinnavaia
1701 Bush Street, 6-P
Oceanside, CA 92054-7137

Reference: P-2002-00396

Dear Mr. Pinnavaia:

This is in response to your facsimile dated 9 November 2004 in which you appealed our response to your 5 June 2002 Freedom of Information Act (FOIA) and Privacy Act (PA) request for information about yourself.

We interpreted your letter as an appeal of our determination to deny you access to portions of three pages on the basis of FOIA exemptions (b)(1) and (b)(3), and PA exemptions (j)(1) and (k)(1).

The Agency Release Panel has considered your appeal and determined on the basis of FOIA exemptions (b)(1) and (b)(3), and PA exemptions (j)(1) and (k)(1), that the portions of the three documents that were previously denied must continue to be denied. Therefore, in accordance with Agency regulations, the Agency Release Panel has denied your appeal. For your information, Agency regulations are set forth in parts 1900 and 1901 of title 32 of the Code of Federal Regulations.

The final paragraph of your letter questioned the origination of the documents that we provided you.

Neither the Freedom of Information Act nor the Privacy Act permits the CIA to release documents originated by other agencies. We can only review and release records we originate.

**FILED**

JUN 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1208

Mr. Matthew D. Pinnavaia

  The Freedom of Information Act provides you the right to seek judicial review of this determination in a United States district court.

            Sincerely,

            Scott A. Koch
            Executive Secretary
           Agency Release Panel

EXHIBIT 1-B.

[9]

Central Intelligence Agency



Washington, D.C. 20505

3 November 2004

Mr. Matthew D. Pinnavaia
1701 Bush Street 6-P
Oceanside, CA 92054-7137

Reference: P-2002-00396

Dear Mr. Pinnavaia:

    This letter completes the partial response we provided you on 16 April 2004 for information about yourself. Your request was processed in accordance with the Privacy Act (PA) and the Freedom of Information Act (FOIA). Our processing included a search for records in existence as of and through the date of our acceptance letter dated 19 June 2002.

    The additional documents enclosed at Tab A are being released in segregable form with deletions made on the basis of PA exemptions (j)(1) and (k)(1) and FOIA exemptions (b)(1) and (b)(3). An explanation of the exemptions is enclosed at Tab B for your reference.

    You have the right to appeal these determinations as well as those made in our 16 April 2004 letter by addressing your appeal to the Agency Release Panel within 45 days from the date of this letter, in my care. Should you find it necessary to do so, please explain the basis of your appeal.

                                  Sincerely,

                                    Chris K.

                              Scott Koch
                Information and Privacy Coordinator

Enclosures

FILED
JUN 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1208

SECRET

CL BY:
CL REASON:
DECL ON:
DRV FROM:

++SECRET
C
D          902701642014ZASR      02-0756668                    MIDB
                                              20020613161411 UPID

/ /   * HUMINT *.          SECRET           FRP: , , ,4, , , ,
                                            STAFF

ACTION:          INFO

02 0756668   ASR              PAGE 001            IN 0756668
                       TOR: 132014Z JUN 02

S E C R E T 132015Z JUN 02 STAFF

CITE

TO:  DIRECTOR INFO

FOR: LIMITED DISSEM    INFO

SLUGS: WNINTEL OPS RYBAT

SUBJECT: TRACE REQUEST ON MATTHEW DAVID PINNAVAIA

REF: NONE

TEXT:

  1. ACTION REQUIRED: REQUEST TRACES ON MATTHEW DAVID PINNAVAIA
PER BELOW.

  2. REQUEST TRACES ON MATTHEW DAVID ((PINNAVAIA)), DPOB
20MAY1958, HUNTINGTON, NEW YORK. PINNAVAIA CURRENTLY LIVES IN
OCEANSIDE, CA. SSN 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.

RELEASE IN PART
EXEMPTIONS: (b)(1)
            (b)(3)
            (j)(1)
            (k)(1)
DATE: NOV 2004

  3. REQUEST ADDEE TRACES ON PINNAVAIA. GIVEN THAT THE LATTER IS
A US CITIZEN
                              STATION TRACES WERE NEGATIVE.
REGARDS.
  4. FILE: NONE                         NAME: ((PINNAVAIA))
, MATTHEW DAVID; SEX: M; DOB: 20MAY58; POB: HUNTINGTON; CIT: NEW
YORK; LOC: OCEANSIDE, CA; TEXT: SENT LETTER TO SADDAM HUSAYN; PAST
RELATIONSHIP WITH IRAQI AMBASSADOR NIZAR HAMDOON;

SECRET

[11]

Page 1



END OF MESSAGE                    SECRET

[12]

SECRET

CL BY:
CL REASON:
DECL ON:
DRV FROM:

++SECRET++RYBAT
C  79988DIRR       3230341721414ZASP    02-0874822                  MIDB
D                                                          20020621101421 UPID

/  /  * HUMINT *.            SECRET            FRP:
                                                STAFF

CONF:            INFO:

02 0874822    ASP              PAGE 001
                       TOT: 211414Z JUN 02    DIRECTOR 323034

S E C R E T
STAFF
TO:  PRIORITY                   211414Z DIRECTOR 323034
                         INFO

FROM:  LIMITED DISSEM           INFO

SLUGS:  WNINTEL OPS RYBAT

SUBJECT:  TRACE RESPONSE ON MATTHEW DAVID PINNAVAIA

REF:                      02 0756668

TEXT:

1. ACTION REQUIRED: PLEASE SEE BELOW.

2. HQS GREATLY APPRECIATED REF ON MATTHEW DAVID
((PINNAVAIA)),

3.
                        BEST REGARDS.

4. FILE:          CL BY:        CL REASON:
HQCOORD:
CABLETYPE:
RELNO:
ORIG:

END OF MESSAGE           SECRET

[13]

RELEASE IN PART
EXEMPTIONS: (b)(1)
           (b)(3)
           (j)(1)
           (k)(1)
DATE: NOV 2004

SECRET