# United States District Court

FILED

JUN 2 0 2005

FOR THE _____ **DISTRICT OF** _COLUMBIA_

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MATTHEW D. PINNAVAIA
1701 BUSH ST APT 6-8
OCEANSIDE CA 92054-7137

V.

## APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CENTRAL INTELLIGENCE AGENCY
WASHINGTON DC 20505

CASE NUMBER: **05 1208**

I, _MATTHEW D. PINNAVAIA_ , declare that I am the (check appropriate box)

☑ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant          ☐ _____
                                                   *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

_PLAINTIFF PINNAVAIA SEEKS A JUDICIAL-REVIEW UNDER THE FREEDOM OF INFORMATION ACT/PRIVACY ACT. THIS IS AN ORIGINAL CIVIL LEGAL-ACTION._

In further support of this application, I answer the following questions.

1. Are you presently employed?                                             Yes ☑   No ☐

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   _HEALTH & HUMAN SERVICES AGENCY ÷ GROSS     -$571.00 MONTHLY_
   _AGING & INDEPENDENCE SERVICES ÷ NET     -502.00 MONTHLY_
   _9335 HAZARD WAY STE 100, SAN DIEGO, CA., 92123-1332_

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   _N/A_

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment        Yes ☐   No ☑
   b. Rent payments, interest or dividends?                         Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?              Yes ☐   No ☑
   d. Gifts or inheritances?                                        Yes ☐   No ☑
   e. Any other sources?   JUN 1 0 2005                             Yes ☐   No ☑

RECEIVED

JUN 1 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

amount received from each source during the past twelve months.

If the answer to any of the above is ''yes,'' describe each source of money and state the

RECEIVED

JUN 10 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Do you own any cash, or do you have money in checking or savings accounts? Yes ☒ No ☐ (Include any funds in prison accounts.)
If the answer is ''yes,'' state the total value of the items owned.
$ 150.00? CHECKING ACCOUNT.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
Yes ☐ No ☒
If the answer is ''yes,'' describe the property and state its approximate value.

N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

NONE - PLAINTIFF IS A RESIDENT CARETAKER FOR HIS BELOVED 81 YEAR-OLD MOTHER, WHO IS ON-SECTION 8 HUD HOUSING VOUCHER, AND LIVES IN A SENIOR-CITIZEN COMPLEX ON S.S./S.S.I./DISABLED.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6-8-05___
(Date)

___Matthew D. Linnerur___
Signature of Applicant

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____
on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

**ORDER OF COURT**

| | |
|---|---|
| The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. _____ 6/16/05 | The application is hereby denied. |
| United States Judge or Magistrate      Date | United States Judge      Date |