UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1208 (PLF) |
| | ) **ECF** |
| CENTRAL INTELLIGENCE AGENCY | ) |
| | ) |
| Defendant. | ) |

## PRAECIPE

Defendant, Central Intelligence Agency, (CIA) requests that the Clerk of Court will please enter the appearance of Assistant United States Attorney HEATHER GRAHAM-OLIVER as counsel for the Defendant in the above-captioned case.

Respectfully Submitted,

HEATHER GRAHAM-OLIVER,
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W.,
Washington, D.C. 20530
(202) 305-1334

## CERTIFICATE OF SERVICE

I certify that the foregoing Praecipe was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Matthew D. Pinnavaia
*Pro se*
1701 Bush Street, 6-P
Oceanside, CA 92054-7137

on this _____ day of _____, 2005.


_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W.,
Washington, D.C. 20530