UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1208 (PLF) |
| | ) **ECF** |
| CENTRAL INTELLIGENCE AGENCY | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT.**

The Central Intelligence Agency (CIA), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a thirty (30) day extension of time until August 27, 2005, within which to answer, move, or otherwise plead to plaintiff's Complaint in the aforementioned action. The CIA's pleading is currently due on July 27, 2005. Plaintiff consents to the filing of this motion.

Plaintiff filed this action pro se pursuant to the Freedom of Information (FOIA), 5 U.S.C. § 552, *et seq.* and Privacy Act, 5 U.S.C. § 552a, *et seq.,* (PA). Granting this motion will not require the rescheduling of any other dates. Plaintiff is challenging the basis for the CIA's claimed exemptions. Defendant is requesting the additional time to investigate the basis of the complaint and to acquire the necessary declaration detailing the specifics of the CIA's search as well as the justification for the claimed exemptions. This request is made for good

cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

**CERTIFICATE OF SERVICE**

     I certify that the foregoing Motion for Extension of Time was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Matthew D. Pinnavaia
*Pro se*
1701 Bush Street, 6-P
Oceanside, CA 92054-7137


on this 27th day of July 2005

 

_____
HEATHER GRAHAM-OLIVER