UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA, ) <br> ) <br> Plaintiff, ) <br> v. ) Civil Action No. 05-1208 (PLF) <br> ) ECF <br> CENTRAL INTELLIGENCE AGENCY ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | |

**ANSWER OF DEFENDANT CENTRAL INTELLIGENCE AGENCY
TO PLAINTIFF'S COMPLAINT**

Defendant, Central Intelligence Agency (CIA), hereby responds to Plaintiff's Complaint for Declaratory Relief as follows:

**RESPONSES TO PLAINTIFF'S ALLEGATIONS**

1. Paragraph 1 states the nature of the Plaintiff's complaint to which no answer is required. To the extent an answer is required, Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and so denies them. Defendant does acknowledge however that Plaintiff's action is brought pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 and the Privacy Act (PA), 5 U.S.C. § 552a *et seq*.

2. Paragraph 2 states the nature of the Plaintiff's complaint to which no answer is required. To the extent an answer is required, Defendant denies the allegations in Paragraph 2, except that Defendant admits that the CIA's letter to Plaintiff, dated May 12, 2005, is attached to the Complaint as Exhibit 1-A, and states that the letter speaks for itself.

3. The allegations in Paragraph 3 are denied except that Defendant admits that CIA has redacted certain portions of documents provided to Plaintiff based on exemptions from disclosure in Sections 552(b)1 and 3 of the FOIA, and based on the exemptions in Section 552a(j)1 and (k)1 of the PA.

4. Defendant lacks knowledge and information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 4 and so denies them.

5. The allegations contained in Paragraph 5 are denied.

6. The Defendant admits that this action is brought pursuant to the FOIA and the PA.

7. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 and so denies them.

8. The allegations in Paragraph 8 are admitted.

9. Paragraph 9 contains Plaintiff's conclusions of law to which no answer is required. To the extent that an answer is deemed required, Defendant states that the FOIA and the PA speak for themselves.

10. The allegations in Paragraph 10 are denied except that Defendant admits that on June 5, 2002, Plaintiff submitted a FOIA/PA request to Defendant and states that the request speaks for itself.

11. The allegations in Paragraph 11 are denied except that Defendant admits that it sent a letter to Plaintiff, dated June 12, 2002, acknowledging receipt of Plaintiff's June 5, 2005 FOIA letter and states that the letter speaks for itself.

12. The allegations in Paragraph 12 are denied except that Defendant admits only that Defendant sent a letter to Plaintiff, dated April 16, 2004, and states that the letter speaks for itself.

13. The allegations in Paragraph 13 are denied except that Defendant admits that Defendant sent a letter to Plaintiff, dated November 3, 2004, copy of which is attached to the Complaint as Exhibit 1-B, and states that the letter speaks for itself.

14. The allegations in Paragraph 14 are denied except that Defendant admits that it received a letter from Plaintiff, dated November 9, 2004, and states that the letter speaks for itself.

15. The allegations in Paragraph 15 are admitted.

16. The allegations in Paragraph 16 are admitted.

17. The allegations in Paragraph 17 are denied except to admit that Defendant does have contact with the FBI and other agencies of the United States Government.

The remainder of the Complaint constitutes Plaintiff's prayer for relief to which no response is required. To the extent that an answer is required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief from the CIA and demands judgment for the Defendant and such other relief as is just. Except to the extent expressly admitted above, Defendant denies each and every allegation in the complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint fails to state a claim upon which relief can be granted.

2. The redacted information requested in Plaintiff's complaint is exempt from disclosure under Sections 552(b)1 and (3) of FOIA and Sections 552a(j)1 and (k)1 of the PA.

WHEREFORE, Defendant requests the Court to enter judgment:

    a.  Dismissing the Complaint against them with prejudice; and,

    b.  Awarding them such other and further relief as the Court deems just, equitable and proper.

                                      Respectfully submitted,

                                      KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                      United States Attorney

                                      R. CRAIG LAWRENCE, D.C. BAR # 171538
                                      Assistant United States Attorney

                                      HEATHER D. GRAHAM-OLIVER
                                      Assistant United States Attorney
                                      Judiciary Center Building
                                      Rm. 4-4808
                                      555 4th St., N.W.
                                      Washington, D.C.  20530
                                      (202) 305-1334

Date: August 26, 2005

## CERTIFICATE OF SERVICE

I certify that the foregoing Answer and Proposed Briefing Schedule were served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Matthew D. Pinnavaia
*Pro se*
1701 Bush Street, 6-P
Oceanside, CA 92054-7137

on this _____ day of August, 2005.

                                                                     HEATHER GRAHAM-OLIVER
                                                                      Assistant United States Attorney