IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1208 (PLF) |
| | )           ECF |
| CENTRAL INTELLIGENCE AGENCY | ) |
| | ) |
| Defendant. | ) |

### Defendant's Proposed Briefing Schedule

Plaintiff pro se filed the aforementioned action pursuant to the Freedom of Information and Privacy Acts, 5 U.S.C. § 552 and 5 U.S.C. § 552a, *et seq*., respectively.  Defendant has released the documents requested and asserted exemptions on portions of them.  Defendant desires to file a motion for summary judgment and proposes the following briefing schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | October 31, 2005; |
| Plaintiff's Opposition | December 1, 2005; and |
| Defendant's Reply | December 15, 2005. |

Plaintiff has no objection to the proposed dates as set forth above.


Dated: August 26, 2005.


Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

6

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334