UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                    )
MATTHEW D. PINNAVAIA,               )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Civil Action No. 05-1208 (PLF)
                                    )
CENTRAL INTELLIGENCE AGENCY,        )
                                    )
            Defendant.              )
_____)
```

ORDER

      This matter is before the Court on defendant's answer to plaintiff's complaint. Plaintiff seeks the release of information pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The requirements of Local Civil Rules 16.3 and 26.2 are inapplicable to FOIA cases. See Local Civil Rules 16.3 (b)(9), 26.2 (a)(9). The Court has reviewed the complaint and the answer. In the answer, defendant raises several grounds for dismissal. It has not filed a dispositive motion or stated its intention to do so. Accordingly, it is hereby

      ORDERED that defendant shall file a dispositive motion or a proposed briefing schedule by October 28, 2005.

      SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
DATE: September 23, 2005    United States District Judge