IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA,        ) | |
| ) | |
| Plaintiff,        ) | |
| v.        ) | Civil Action No. 05-1208 (PLF) |
| ) | ECF |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| ) | |
| Defendant.        ) | |
| ) | |

### Defendant's Proposed Briefing Schedule

Plaintiff <u>pro se</u> filed the aforementioned action pursuant to the Freedom of Information and Privacy Acts, 5 U.S.C. § 552 and 5 U.S.C. § 552a, *et seq.*, respectively.  Defendant has released the documents requested and asserted exemptions on portions of them.  Defendant desires to file a motion for summary judgment and proposes the following briefing schedule:

Defendant's Motion for Summary Judgment    October 31, 2005;

Plaintiff's Opposition    December 1, 2005; and

Defendant's Reply    December 15, 2005.

Plaintiff has no objection to the proposed dates as set forth above.


Dated: August 26, 2005.


Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

                    R. CRAIG LAWRENCE, D.C. BAR # 171538
                    Assistant United States Attorney

                    HEATHER D. GRAHAM-OLIVER
                    Assistant United States Attorney
                    Judiciary Center Building
                    555 4th St., N.W.
                    Washington, D.C. 20530
                    (202) 305-1334