UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW D. PINNAVAIA,** )<br>)<br>)<br>**Plaintiff,** )<br>v. ) | Civil Action No. 05-1208 (PLF) |
| ) | **ECF** |
| **CENTRAL INTELLIGENCE AGENCY** )<br>)<br>)<br>)<br>**Defendant.** )<br>_____ ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT WITH ATTACHED PROPOSED
SCHEDULING ORDER**

The Central Intelligence Agency (CIA), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time until December 21, 2004, to file its Motion for Summary Judgment and <u>Vaughn</u> index. Defendant CIA's Motion for Summary Judgment and <u>Vaughn</u> index are currently due on October 31, 2005. This is defendant's first request for an extension for this matter. Plaintiff consents to the filing of this motion.

In support of this motion, the defendant CIA states the following:

Defendant CIA's motion for summary judgment is due to be filed on October 31, 2005, according to the parties' briefing schedule, which was approved by the Court. Although Defendant anticipated that this filing deadline would be met it has encountered unexpected difficulties with meeting it. There are two declarations that are being coordinated between agencies. Today, the undersigned was informed that the declarations will not be ready for an additional week and thus, the Motion can not be completed by October 31, 2005. Accordingly,

the CIA will need additional time to finalize its declaration and receive the final declaration of the other agency, the FBI.

In addition, the undersigned has other litigation responsibilities that would make the filing of this Motion onerous before December 21, 2005. Those responsibilities include: filing the reply brief in <u>George v. EPA</u>, Civ. Act. No. 03-5356 (HHK) on November 1, 2005; filing motions *in limine* in <u>Rountree v. Veneman</u>, Civ. Act. No. 04-0806; appellate brief in <u>John Davis v. DOJ,</u> Ct. of Appeals Case No. 04-5406, due on November 10, 2005; pretrial statement due in <u>Rountree, supra.,</u> on November 11, 2005; answer due in <u>Buerger v. FBI</u>, Civ. Act. No. 05-2004 on November 14, 2005 and <u>Simmons v. SEC</u>, Civ. Act. No. 05-1828 (RCL) on November 18, 2005; depositions in <u>Claude David v. Library of Congress</u>, Civ. Act. No. 04-0985 (RWR) during the week of November 14, 2005; Trial preparation and travel to Richmond, Virginia for <u>Rountree, supra.,</u> during the week of November 28, 2005; one week jury trial scheduled in <u>Rountree, supra.,</u> for December 15, 2005.

This enlargement is not sought for purposes of delay but for good cause shown.

For the above reasons, the defendant respectfully requests that the court grant its motion for an enlargement of time to file its Motion for Summary Judgment and <u>Vaughn</u> index until December 21, 2004.

                                    Respectfully, submitted,

                                    KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                  United States Attorney

                                      R. CRAIG LAWRENCE, D.C. BAR # 171538
                                      Assistant United States Attorney

                                      HEATHER D. GRAHAM-OLIVER
                                      Assistant United States Attorney
                                      Judiciary Center Building
                                      555 4th St., N.W.
                                      Washington, D.C.  20530
                                      (202) 305-1334

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for Extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Matthew D. Pinnavaia
*Pro se*
1701 Bush Street, 6-P
Oceanside, CA 92054-7137

on this \_\_\_\_\_ day of October, 2005.

 

HEATHER GRAHAM-OLIVER
Assistant United States Attorney