IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1208 (PLF) |
| | ) ECF |
| CENTRAL INTELLIGENCE AGENCY | ) |
| Defendant. | ) |

### The Parties Amended Briefing Schedule

Plaintiff pro se filed the aforementioned action pursuant to the Freedom of Information and Privacy Acts, 5 U.S.C. § 552 and 5 U.S.C. § 552a, *et seq.*, respectively. The parties propose the following briefing schedule:

Defendant's Motion for Summary Judgment    December 21, 2005;

Plaintiff's Opposition    January 23, 2005; and

Defendant's Reply    February 6, 2005.

Plaintiff has no objection to the proposed dates as set forth above.


Dated:

Signed: _____
        U.S. District Court Judge