UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW D. PINNAVAIA,** )<br>)<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**CENTRAL INTELLIGENCE AGENCY** )<br>)<br>)<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-1208 (PLF)<br>**ECF** |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT WITH ATTACHED PROPOSED
SCHEDULING ORDER**

The Central Intelligence Agency (CIA), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time until January 6, 2005 to file its Motion for Summary Judgment and Vaughn index. Defendant CIA's Motion for Summary Judgment and Vaughn index are currently due on December 21, 2005. This is defendant's second request for an extension for this matter. Plaintiff consents to the filing of this motion.

In support of this motion, the defendant CIA states the following:

Defendant CIA's motion for summary judgment is due to be filed on December 21, 2005. Although Defendant anticipated that this filing deadline would be met it has encountered unexpected difficulties with meeting it. This extension is being requested to finalize two declarations that are necessary to the preparation of the motion for summary judgment. There are several sources that are providing information for the agency's responsive declarations. Today, the undersigned was informed that the declarations have yet to be finalized. In addition, Agency

counsel will be on leave until January 3, 2006. Accordingly, the CIA will need additional time.

This enlargement is not sought for purposes of delay but for good cause shown.

For the above reasons, the defendant respectfully requests that the court grant its motion for an enlargement of time to file its Motion for Summary Judgment and <u>Vaughn</u> index until January 6, 2006.

        Respectfully, submitted,

        /s/

        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney

        /s/

        R. CRAIG LAWRENCE, D.C. BAR # 171538
        Assistant United States Attorney

        /s/

        HEATHER D. GRAHAM-OLIVER
        Assistant United States Attorney
        Judiciary Center Building
        555 4th St., N.W.
        Washington, D.C.  20530
        (202) 305-1334

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA, </br></br> Plaintiff, </br> v. </br></br> CENTRAL INTELLIGENCE AGENCY </br></br></br> Defendant. | ) </br> ) </br> ) </br> ) Civil Action No. 05-1208 (PLF) </br> )           ECF </br> ) </br> ) </br> ) </br> ) </br> ) |

**The Parties Amended Briefing Schedule**

Plaintiff <u>pro se</u> filed the aforementioned action pursuant to the Freedom of Information and Privacy Acts, 5 U.S.C. § 552 and 5 U.S.C. § 552a, *et seq.*, respectively. The parties propose the following briefing schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | January 6, 2006; |
| Plaintiff's Opposition | February 6, 2006; and |
| Defendant's Reply | February 16, 2006. |

Dated:

Signed: _____
           U.S. District Court Judge

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Motion for Extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Matthew D. Pinnavaia
*Pro se*
1701 Bush Street, 6-P
Oceanside, CA 92054-7137

on this 21st day of December, 2005.

HEATHER GRAHAM-OLIVER
Assistant United States Attorney