UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW D. PINNAVAIA,** )<br>)<br>)<br>**Plaintiff,** )<br>v.                                               )<br>)<br>**CENTRAL INTELLIGENCE AGENCY** )<br>)<br>)<br>)<br>**Defendant.** )<br>                                                          ) | Civil Action No.  05-1208 (PLF)<br>**ECF** |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT WITH ATTACHED PROPOSED
SCHEDULING ORDER**

The Central Intelligence Agency (CIA), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time until Monday, January 9, 2005 to file its Motion for Summary Judgment.  Defendant CIA's Motion for Summary Judgment are currently due on January 6, 2006.  This is defendant's third request for an extension for this matter.  Plaintiff consents to the filing of this motion.

In support of this motion, the defendant CIA states the following:

Defendant CIA's motion for summary judgment is due to be filed on January 6, 2006.  Although Defendant anticipated that this filing deadline would be met it has again encountered unexpected difficulties with meeting it.  The declaration that is necessary to be filed along with the motion was only finalized on today's date.  Undersigned counsel received it at 5:00 p.m., and as a result does not have sufficient time for the proper review, prior to the filing deadline.  Accordingly, the CIA will need additional time to complete its Motion.

This enlargement is not sought for purposes of delay but for good cause shown.

For the above reasons, the defendant respectfully requests that the court grant its motion for an enlargement of time to file its Motion for Summary Judgment and <u>Vaughn</u> index until January 9, 2006.

        Respectfully, submitted,

        /s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

        /s/

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

        /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1208 (PLF) |
| | ) ECF |
| CENTRAL INTELLIGENCE AGENCY | ) |
| Defendant. | ) |

**The Parties Amended Briefing Schedule**

Plaintiff <u>pro se</u> filed the aforementioned action pursuant to the Freedom of Information and Privacy Acts, 5 U.S.C. § 552 and 5 U.S.C. § 552a, *et seq.*, respectively. The parties propose the following briefing schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | January 9, 2006; |
| Plaintiff's Opposition | February 7, 2006; and |
| Defendant's Reply | February 17, 2006. |

Dated:

Signed: _____
      U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I certify that the foregoing Motion for Extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Matthew D. Pinnavaia
*Pro se*
1701 Bush Street, 6-P
Oceanside, CA 92054-7137

on this 6th day of January, 2006.

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney