IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MATTHEW D. PINNAVAIA,**      ) | |
| ) | |
| ) | |
| **Plaintiff,**      ) | |
| v.      ) | Civil Action No.  05-1208 (PLF) |
| ) | **ECF** |
| **CENTRAL INTELLIGENCE AGENCY,** ) | |
| ) | |
| ) | |
| ) | |
| **Defendant.**      ) | |
| ) | |

## **ORDER**

This matter comes before the Court on Defendant CIA's Motion for Summary Judgment. Upon consideration of the Motion, the opposition, the reply, and the entire record herein, it is by the Court this ____ day of _____, 2006 hereby

ORDERED that Defendant CIA's Motion for Summary Judgment is hereby GRANTED; and it is further

ORDERED that the above captioned matter is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE