UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MATTHEW D. PINNAVAIA,               )
                                    )
           Plaintiff,               )
                                    )
     v.                             )   Civil Action No. 05-1208 (PLF)
                                    )
CENTRAL INTELLIGENCE AGENCY,        )
                                    )
           Defendant.               )
_____)

## ORDER

Pending before the Court is defendant's unopposed motion for summary judgment. By Order of January 19, 2006, plaintiff, proceeding pro se, was advised consistent with Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988) and Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1992) about his obligation to respond to defendant's motion by February 7, 2006, or risk dismissal of the case. Plaintiff has neither filed a response nor sought leave for additional time to respond.

Based upon the unrefuted facts set forth in defendant's Statement of Material Facts As to Which There is No Genuine Dispute, and the supporting declarations, the Court finds that defendant is entitled to judgment as a matter of law. See Rule 56(c), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that defendant's motion for summary judgment [# 13] is GRANTED as conceded; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order. See Rule 4, Fed. R. App. P.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: April 6, 2006                United States District Judge